USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                Petitioners,

        - against -

THE OUTFIT M&J LLC,

                Respondent.

**22 Civ. 6491 (VM)**

**JUDGMENT**

---

**VICTOR MARRERO, United States District Judge.**

    On April 4, 2022 the arbitrator in an arbitration proceeding between Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York (f/k/a The New York City and Vicinity Carpenters Labor Management Corporation); and the New York City District Council of Carpenters (collectively, "Petitioners") and Respondent The Outfit M&J LLC ("The Outfit") issued an Opinion and Award (the "Arbitration Award," a copy of which can be found at Dkt. No. 1, Exh. J).

On August 1, 2022, Petitioners filed a petition (the "Petition," Dkt. No. 1) for confirmation and enforcement of the Arbitration Award under 29 U.S.C. Section 185. On the same day, Petitioners filed a memorandum of law in support of the Petition. (See Dkt. No. 5.) Petitioners served The Outfit with the petition on August 2, 2022, which was returned executed the following day. (See Dkt. Nos. 6-7.) Any answer or response to the petition was due August 23, 2022.

The time for The Outfit to notify the Court of its opposition to the Petition has expired, and The Outfit has not responded. Accordingly, the Court hereby grants the Petition.

For the foregoing reasons, it is hereby

**ORDERED** that the Petition (Dkt. No. 1) of Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York; and the New York City District Council of Carpenters (collectively, "Petitioners") for confirmation of the Opinion and Award dated April 4, 2022 (the "Arbitration Award") is **GRANTED**; and it is further

**ORDERED** that The Outline shall make its books and records available to Petitioners within (30) days for purposes of an audit in compliance with the Arbitration Award; and it is further

**ORDERED** that the confirmed Arbitration Award is entered as a judgment of this Court, including monetary judgment in favor of Petitioners and against The Outfit in the amount of $14,808.09; and it is further

**ORDERED** that Petitioners are awarded $522.50 in attorneys' fees and $77 in costs arising out of this proceeding; and it is further

**ORDERED** that the Petitioners are awarded post-judgment interest on the full judgment amount in accordance with 28 U.S.C. Section 1961.

**SO ORDERED.**

Dated:   October 28, 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.